IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10622
Conference Calendar

_____

REGINALD WHITE,

Petitioner-Appellant,

versus

ROBERT GUZIK, Warden, Federal Medical
Center, Federal Bureau of Prisons,

Respondent-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CV-243-E
- - - - - - - - - - -

December 15, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Reginald White, a federal prisoner (# 21182-034), appeals
the district court's summary dismissal of his 28 U.S.C. § 2241
habeas corpus petition.  White contends that, under 18 U.S.C.
§ 3621(e)(2)(B), he was entitled to early release from his
sentence for possession of a firearm by a convicted felon, a
violation of 18 U.S.C. § 922(g), because he completed a 500-hour
drug-abuse treatment program and was a "nonviolent" offender.
The district court held that such claim was precluded by Venegas

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

v. Henman, 126 F.3d 760 (5th Cir. 1997), cert. denied, 523 U.S. 1108 (1998), in which this court held that it was within the discretion of the Bureau of Prisons to exclude from classification as "nonviolent" offenders those inmates who had been convicted of possession of a firearm by a felon. Venegas, 126 F.3d at 764-65. The district court was correct in concluding that a claim virtually identical to White's claim was "squarely rejected" by this court in Venegas. Accordingly, the dismissal of White's § 2241 petition is AFFIRMED.